

**Signed: March 16, 2006**

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    No. 05-43710 TD
                                         Chapter 7
PHILLIP MAURICE BEDFORD,

        Debtor.
_____/

**MEMORANDUM RE MOTION TO RECONSIDER**

      The above-captioned case was commenced on July 7, 2005 as a chapter 13 case. It was converted to chapter 7 on January 23, 2006. A meeting of creditors was duly noticed for February 21, 2006. According to the docket, the debtor did not appear at the meeting of creditors. Accordingly, a continued date for the meeting of creditors was scheduled for March 21, 2006. An order was issued and served on the debtor, indicating that, if the debtor did not appear at the new meeting of creditors, the case would be dismissed without further notice or hearing.

      On March 8, 2006, the debtor filed a motion to reconsider. No proposed order was submitted. In the motion, the debtor takes issue with the statement on the docket that he did not appear at the February 21, 2006 meeting of creditors. He contends that he did

appear and that the trustee's representative agreed to continue the meeting.  He states that he does intend to appear at the continued meeting but asks that the order proposing to dismiss the case if he does not be vacated.

The Court has no way to determine whether the docket's statement that the debtor did not appear at the February 21, 2006 meeting of creditors is inaccurate.  Moreover, there is no evidence that the debtor served a copy of the motion to reconsider on the trustee. Consequently, the Court will neither grant or deny the motion to reconsider at this time.  If the debtor wants a ruling on his motion, he should serve a copy of the motion on the trustee and file a proof of service indicating he has done so on the trustee.  If he does so and if a proposed order granting the motion is submitted, the Court will consider how to proceed after five business days have elapsed. However, if the debtor appears at the March 21, 2006 meeting of creditors, the issue will be moot.

END OF DOCUMENT

COURT SERVICE LIST

Phillip Maurice Bedford
P.O. Box 71
Oakland, CA 94604

Lois I. Brady
P.O. Box 12754
Oakland, CA 94604